**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Dywan Macon
Plaintiff,
v.
TransUnion, LLC
Defendant.

Case No.: 1:26−cv−00940
Honorable Joan H. Lefkow

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 12, 2026:

MINUTE entry before the Honorable Joan H. Lefkow: Motion for judgment on the pleadings [17] is denied without prejudice. Motion for leave to file amended complaint [21] is granted. Plaintiff shall file the amended complaint as a separate docket entry. The ruling on motion hearing set for 9/2/2026 at 9:30 a.m. is converted to a status hearing. The parties may submit a joint status report by 8/31/2026 if no hearing is needed. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.